OCHS v. WOODS. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Lee A. Ochs against Albert H. Woods. No opinion. Motion granted. Order filed. See, also, 160 App. Div. 740, 146 N. Y. Supp. 4; 147 N. Y. Supp. 1130.

OCHS v. WOODS. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Lee A. Ochs against Albert H. Woods. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1130.

O'NEILL, Respondent,. v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Matthew J. O'Neill against the City of New York. W. E. C. Mayer, of New York City, for appellant. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ONETTO v. TEUTONIA FIRE INS. CO. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Ernest Onetto against the Teutonia Fire Insurance Company.
PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.
LAMBERT, J., not sitting.

OOTHOUT v. WARNER et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Christina Oothout against Mary Warner and others. No opinion. Motion granted, question certified as stated in order, and order filed. See, also, 146 N. Y. Supp. 1103.

ORAM, Appellant, v. ORAM, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Edna S. Oram against Hugh P. Oram. No opinion. Order affirmed, without costs.

ORKOFF, Appellant, v. TIM, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Lena Orkoff, an infant, etc., against Jacob Tim. L. L. Brown, of New York City, for appellant. W. D. Reed, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN and DOWLING, JJ., dissent.

PACE, Appellant, v. FORD MOTOR CAR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Antonio Pace, an infant, etc., against the Ford Motor Car Company. No opinion. Appeal dismissed, without costs, upon stipulation filed. See, also, 160 App. Div. 915, 145 N. Y. Supp. 1136.

PAGENSTECHER, Appellant, v. CARLSON, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Helene Pagenstecher against Alma Carlson. J. T. Davies, of New York City, for appellant. M. J. O'Brien, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also,.146 App. Div. 738, 131 N. Y. Supp. 413.

PARISH, Appellant, v. JUCKETT, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by William H. Parish, as administrator, etc., of Earl Parish, deceased, against Byron O. Juckett. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 27, 141 N. Y. Supp. 973.

PARKER · et al. v. UNIVERSAL FILM MFG. CO. et al. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by George F. Parker and others, as voting trustees, etc., against the Universal Film Manufacturing Company and others. W. G. Morse and G. N. Sage, both of New York City, for appellants. E. W. Hatch, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and' to answer on payment of costs in this court and in the court below. Order filed.

PATTERSON, Respondent, v. CITY OF NEW YORK et al., Appellants. ·(Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Kate Patterson against the City of New York and another.
PER CURIAM. Judgment and order unanimously affirmed, with costs, as to the appellant the City of New York. Judgment and order reversed, and new trial granted, costs to abide the event, as to the appellant the Brooklyn Heights Railroad Company, upon the ground that, in the absence of evidence by plaintiff that the car could have been stopped after the motorman had notice of the impending danger, no question of fact was raised which justified the court in submitting the question of said appellant's negligence to the jury. Albrecht v. Rochester, S. & E. R. R. Co., 205 N. Y. 230, 98 N. E. 332.

PAULIS, Respondent, v. CODINGTON CO., Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Annie Paulis against the Codington Company. No opinion. A. G. McLaughlin, of New York City, for appellant. R. H. Ernest, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1104.

PEDERSIN, Respondent, v. LEONHARD MICHEL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by John S. Pedersin against the Leonhard Michel Brewing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the amount of the verdict to $9,000, in which case the judgment, as so reduced, and the order, are unanimously affirm-